938

M. P. No. 76-213. CITY OF WARWICK *v.* HENRY ROBALEWSKI. Motion of petitioner for release pending appeal is assigned for hearing on oral argument to June 3, 1976 at 9:30 a.m. *Julius C. Michaelson,* Attorney General, *Judith Romney Wegner,* Special Asst. Attorney General, for plaintiff-respondent. *William F. Reilly,* Public Defender, *Barbara Hurst,* Asst. Public Defender, *Bruce G. Pollock,* Asst. Public Defender, for defendant-petitioner.

Appeal No. 75-303. ROSE DEBARTOLO *v.* RALPH DIBATTISTA. Motion for assignment is granted and case is assigned to the continuous argument calendar. *George Ajootian,* for plaintiff. *Robert S. Cerisi,* for defendant.

Appeal No. 75-317. BRUNSWICK CORPORATION *v.* JOHN R. SPOSATO *d/b/a Modern Pool Parlor.* Motion of plaintiff to remand case for the entry of a judgment in Superior Court is granted and plaintiff is granted an extension of time to file its brief thirty (30) days after the entry of said judgment in Superior Court. *Winograd, Shine & Zacks, Cary J. Coen,* for plaintiff. *Frank S. Cappuccio,* for defendant.

Appeal No. 75-330. TIMOTHY J. C. PETRONE *et al. v.* HENRY DAVIS *et al.* Motion of defendants to extend the time for filing their brief is granted, and said brief will be filed on June 28, 1976. If the brief is not filed by June 28, 1976, case will be dismissed without any further action on the part of the plaintiffs. *Alan H. Pearlman,* for plaintiffs. *Aram K. Berberian,* for defendant Henry Davis.

Appeal No. 76-20. SALO LANDSCAPE & CONSTRUCTION Co., INC. *v.* LIBERTY ELECTRIC Co. Motion of plaintiff to affirm the judgment below pursuant to Rule 16(g) is denied. *Kirshenbaum Law Offices, Inc., Sanford M. Kirshenbaum,* for plaintiff. *Adler, Pollock & Sheehan Incorporated, Peter Lawson Kennedy,* for defendant.